IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW (01) | § | |

### NOTICE OF APPEAL   11-10302

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. §3742, defendant Jesse McGraw, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the conviction and sentence in this matter.

Respectfully submitted,

Todd A. Durden
State Bar of Texas No. 06276680
THE DURDEN LAW FIRM
5750 Rufe Snow Drive, Suite 130
North Richland Hills, Texas 76180
(817) 581–9900   fax (817) 581–9985
E-mail: durdenlawyer@att.net
*Attorney for Defendant Jesse William McGraw*

**RAMIREZ, APPEAL, CLOSED**

# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:09-cr-00210-B-ALL

**Case Title:** USA vs. McGraw
**Other court case number(s):** None
**Magistrate judge case number(s):** 3:09-mj-00207-BD

**Date Filed:** 7/22/2009

**Assigned to:** Judge Jane J Boyle
**Referred to:**

**11-10302**

**Defendant**
-----------------------

**Jesse William McGraw (1)**
*TERMINATED: 3/21/2011*

represented by **Todd A Durden**
The Durden Law Firm
5750 Rufe Snow Dr
Suite 130
North Richland Hills, TX 76180
USA
817/581-9900
Fax: 817/581-9985
Email: txdurden@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John M Nicholson**
Federal Public Defender - Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
USA
214/767-2746
Email: john_nicholson@fd.org
*TERMINATED: 8/6/2010*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
-----------------------

**Disposition**
---------------

| | |
|---|---|
| 18:1030(a)(5)(A) and 1030(c)(4)(B)(i)(II) TRANSMITTING A MALICIOUS CODE (1) | Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 to the U.S. District Court, Northern District of Texas, Dallas Division. |
| 18 USC § 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II) TRANSMITTING A COMPUTER PROGRAM, CODE, OR COMMAND (1s) | |
| 18:1030(a)(5)(A) and 1030(c)(4)(B)(i)(II) and (IV) TRANSMITTING A MALICIOUS CODE (2) | Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 to the U.S. District Court, Northern District of Texas, Dallas Division. |
| 18 USC § 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II) AND (IV) TRANSMITTING A COMPUTER PROGRAM, CODE, OR COMMAND (2s) | Dismissed on Government's motion |
| 18 USC § 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II) TRANSMITTING A COMPUTER PROGRAM, CODE, OR COMMAND (3s-14s) | Dismissed on Government's motion |

**Highest Offense Level (Opening)**
--------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
---

Felony

| **Complaints** | **Disposition** |
|---|---|
| Knowingly cause the transmission of a program, information, code or command, in that McGraw downloaded a malicious code into a computer located at 9301 North Central Expressway, Dallas, Texas, the building that houses the Carrel Clinic, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer, and the harm threatened public health and safety, in violation of 18 USC 1030(a)(5)(A) and 1030(c)(4)(B)(iv).<br>(0) | |

**Plaintiff**
---

| | | |
|---|---|---|
| USA | represented by | **Candina S Heath-DOJ**<br>US Attorney's Office<br>1100 Commerce St<br>3rd Floor<br>Dallas, TX 75242-1699<br>US<br>214/659-8634<br>Fax: 214/767-2846<br>Email: candina.heath@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Filing Date | # | Docket Text |
|---|---|---|
| 6/26/2009 | 1 | COMPLAINT as to Jesse William McGraw (1). (grj) Modified on 6/30/2009 (grj).[3:09-mj-00207-BD] (Entered: 6/29/2009) |
| | | |

| | | |
|---|---|---|
| 6/26/2009 | | Arrest of Jesse William McGraw (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/29/2009 | 3 | MOTION for Pretrial Detention filed by USA as to Jesse William McGraw (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/29/2009 | 4 | ***CJA 23 Financial Affidavit by Jesse William McGraw (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/29/2009 | 5 | Minute Entry for proceedings held before Magistrate Judge Wm F Sanderson, Jr: Appearance Through Counsel entered by John M Nicholson on behalf of Jesse William McGraw, Initial Appearance as to Jesse William McGraw held on 6/29/09., Set/Reset Hearings as to Jesse William McGraw:( Detention Hearing set for 7/1/2009 02:30 PM in US Courthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr., Preliminary Examination set for 7/1/2009 02:30 PM in USCourthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr.) Defendant remanded to custody. Attorney Appearances: AUSA - Candina Heath; Defense - na.(Digital File.) Time in Court: 9 Min.. (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/29/2009 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jesse William McGraw. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 6/29/09) (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/29/2009 | 7 | ORDER OF TEMPORARY COMMITMENT as to Jesse William McGraw. Detention Hearing set for 7/1/2009 02:30 PM in US Courthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 6/29/09) (grj)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 6/30/2009 | 8 | NOTICE OF ATTORNEY APPEARANCE by John M Nicholson appearing for Jesse William McGraw (Nicholson, John)[3:09-mj-00207-BD] (Entered: 6/30/2009) |
| 7/1/2009 | 9 | Minute Entry for proceedings held before Magistrate Judge Wm F Sanderson, Jr: Preliminary Hearing as to Jesse William McGraw held on 7/1/09: probable cause found., Detention Hearing as to Jesse William McGraw held on 7/1/09: detention order to enter. Attorney Appearances: AUSA - Candy Heath; Defense - John Nicholson.(Digital File.) Time in Court: 1 hr 7 min. (nbs)[3:09-mj-00207-BD] (Entered: 7/6/2009) |
| 7/2/2009 | 10 | ORDER granting [3] Motion for Detention as to Jesse William McGraw(1). See order for specifics. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 7/2/09) (nbs)[3:09-mj-00207-BD] (Entered: 7/6/2009) |
| 7/22/2009 | 11 | INDICTMENT as to Jesse William McGraw (1) count(s) 1, 2. (lmp) (Entered: |

| | | |
|---|---|---|
| | | 7/23/2009) |
| 7/30/2009 | | Minute Entry for proceedings held before Magistrate Judge Irma C Ramirez: Arraignment as to Jesse William McGraw (1) Count 1,2 held on 7/30/09., Plea entered by Jesse William McGraw: Not Guilty on counts 1,2. Attorney Appearances: AUSA - Paul Yanowitch; Defense - John Nicholson.(Digital File) Time in Court: 2 minutes. NO PDF ATTACHED - THIS IS A VIRTUAL MINUTE ENTRY. (lmm) (Entered: 7/30/2009) |
| 8/3/2009 | 12 | SCHEDULING ORDER as to Jesse William McGraw: Jury Trial set for 9/14/2009 09:00 AM before Judge Jane J Boyle. Motions due by 8/12/2009. Pretrial Conference set for 9/11/2009 02:00 PM before Judge Jane J Boyle. Pretrial Materials due by 9/4/2009. Responses due by 8/26/2009 See Order (Ordered by Judge Jane J Boyle on 8/3/09) (svc) (Entered: 8/3/2009) |
| 8/10/2009 | 13 | Unopposed MOTION to Continue *Trial* filed by Jesse William McGraw (Nicholson, John) (Entered: 8/10/2009) |
| 8/13/2009 | 14 | ORDER granting [13] Motion to Continue as to Jesse William McGraw (1). Motions due by 11/9/2009. Pretrial Conference set for 12/11/2009 02:00 PM before Judge Jane J Boyle. Responses due by 11/23/2009. The remainder of the Court's Criminal Trial Scheduling Order dated 8/3/2009 remains in effect. (Ordered by Judge Jane J Boyle on 8/13/2009) (klm) (Entered: 8/13/2009) |
| 8/13/2009 | | Set/Reset Scheduling Order Deadlines as to Jesse William McGraw per doc. 14: Jury Trial reset for 12/14/2009 09:00 AM before Judge Jane J Boyle. (klm) (Entered: 9/14/2009) |
| 12/2/2009 | 15 | MOTION to Continue *Trial* filed by Jesse William McGraw (Nicholson, John) (Entered: 12/2/2009) |
| 12/7/2009 | 16 | ORDER granting [15] Motion to Continue as to Jesse William McGraw (1). Jury Trial reset for 2/16/2010 before Judge Jane J Boyle. Motions due by 1/8/2010. Pretrial Materials due by 2/5/2010. Responses due by 1/22/2010. Pretrial Conference set for 2/12/2010 02:00 PM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 12/7/2009) (klm) . (Entered: 12/7/2009) |
| 1/7/2010 | 17 | MOTION Bill of Particulars filed by Jesse William McGraw with Brief/Memorandum in Support. (Nicholson, John) (Entered: 1/7/2010) |
| 1/15/2010 | 18 18 | RESPONSE by USA as to Jesse William McGraw re: [17] MOTION Bill of Particulars (Attachments: # (1) Exhibit 1) (Heath-DOJ, Candina) (Entered: 1/15/2010) |
| 1/20/2010 | 19 | REPLY filed by Jesse William McGraw re: [17] Motion for Bill Particulars. (Nicholson, John) Modified on text and linkage 1/21/2010 (axm). (Entered: |

| | | |
|---|---|---|
| | | 1/20/2010) |
| 2/2/2010 | 20 | ***WITHDRAWN PER ORDER/DOC. 25***PLEA AGREEMENT as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 2/2/2010) |
| 2/2/2010 | 21 | Factual Resume as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 2/2/2010) |
| 2/3/2010 | 22 | NOTICE OF HEARING as to Jesse William McGraw: Rearraignment set for 2/18/2010 at 1:30 PM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX, 75242-1310 before Judge Jane J Boyle. (psm) (Entered: 2/3/2010) |
| 2/18/2010 | 23 | ORDER as to Jesse William McGraw: Jury Trial set for 5/24/2010 09:00 AM before Judge Jane J Boyle. Motions due by 4/16/2010. Pretrial Conference set for 5/21/2010 02:00 PM before Judge Jane J Boyle. Pretrial Materials due by 5/14/2010. Responses due by 4/30/2010. (Ordered by Judge Jane J Boyle on 2/18/2010) (klm) (Entered: 2/19/2010) |
| 3/4/2010 | 24 | MOTION to Withdraw Document [20] Plea Agreement *and Declare the Plea Agreement Null and Void* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 3/4/2010) |
| 3/5/2010 | 25 | ORDER DECLARING PLEA AGREEMENT NULL AND VOID finding meritorious [24] Motion to Government's Motion to Withdraw, Rescind, and Void Plea Agreement as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 3/5/2010) (skt) (Entered: 3/5/2010) |
| 3/10/2010 | 26 | MOTION for Protective Order filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 3/10/2010) |
| 3/15/2010 | 27 | MOTION to Appoint New Counsel filed by Jesse William McGraw. (skt) (Entered: 3/16/2010) |
| 3/17/2010 | 28 | Unopposed MOTION for Hearing *to Determine Defendant's Choice Regarding Counsel* filed by Jesse William McGraw (Nicholson, John) (Entered: 3/17/2010) |
| 3/18/2010 | 29 | ORDER re [28] Motion for Hearing as to Jesse William McGraw (1). Motion Hearing set for 3/25/2010 10:00 AM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 3/18/2010) (axm) Modified on 3/22/2010 (skt). (Entered: 3/19/2010) |
| 3/24/2010 | 30 | MOTION for Disclosure of Informants filed by Jesse William McGraw. (skt) (Entered: 3/25/2010) |
| | | MOTION for Production of Statements of Witnesses filed by Jesse William |

| Date | No. | Description |
|---|---|---|
| 3/24/2010 | 31 | McGraw. (skt) (Entered: 3/25/2010) |
| 3/24/2010 | 32 | MOTION for Disclosure of Criminal Records of Witnesses filed by Jesse William McGraw. (skt) (Entered: 3/25/2010) |
| 3/24/2010 | 33 | MOTION for PR Bond and Memorandum in Support filed by Jesse William McGraw. (skt) (Entered: 3/25/2010) |
| 3/24/2010 | 34 | SUPERSEDING INDICTMENT as to Jesse William McGraw (1) count(s) 1s, 2s, 3s-14s. (skt) (Entered: 3/25/2010) |
| 3/25/2010 |  | Minute Entry for proceedings held before Judge Jane J Boyle: Hearing as to Jesse William McGraw held on 03/25/10. Attorney Appearances: AUSA - Candy Heath; Defense - John Nicholson. (Court Reporter Shawnie Archuleta.) Time in Court: 29 minutes. NO PDF ATTACHED - THIS IS A VIRTUAL MINUTE ENTRY. (chmb) (Entered: 3/25/2010) |
| 3/29/2010 | 35 | ORDER denying [27] Motion to Appoint Counsel as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 3/29/2010) (mfw) (Entered: 3/30/2010) |
| 3/31/2010 | 36 | Government's Motion to Strike Pro Se Filings as to Jesse William McGraw. (Heath-DOJ, Candina) Modified on 4/1/2010 (skt). (Entered: 3/31/2010) |
| 4/6/2010 | 37 | MOTION for Pretrial Release filed by Jesse William McGraw. (skt) (Entered: 4/7/2010) |
| 4/15/2010 | 41 | Correspondence to the Court as to Jesse William McGraw. (klm) (Entered: 4/16/2010) |
| 4/16/2010 | 38 | Unopposed MOTION to Continue *Pretrial Motions Deadline* filed by Jesse William McGraw (Nicholson, John) (Entered: 4/16/2010) |
| 4/16/2010 | 39 | MOTION in Limine *to Preclude Testimonial Statements* filed by Jesse William McGraw (Nicholson, John) (Entered: 4/16/2010) |
| 4/16/2010 | 40 | MOTION in Limine *to Exclude Evidence* filed by Jesse William McGraw (Nicholson, John) (Entered: 4/16/2010) |
| 4/16/2010 | 42 | ORDER granting [38] Motion to Continue Pretrial Motions Deadline as to Jesse William McGraw (1). Motions due by 4/19/2010. (Ordered by Judge Jane J Boyle on 4/16/2010) (klm) (Entered: 4/16/2010) |
| 4/16/2010 | 43 | MOTION for Discovery *Reciprocal* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 4/16/2010) |

| | | |
|---|---|---|
| 4/19/2010 | 44 | NOTICE *of Expert Witnesses or Witnesses With Expertise* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 4/19/2010) |
| 4/29/2010 | 45 | RESPONSE by USA as to Jesse William McGraw re: [40] MOTION in Limine *to Exclude Evidence* (Heath-DOJ, Candina) (Entered: 4/29/2010) |
| 4/29/2010 | 46 | RESPONSE by USA as to Jesse William McGraw re: [39] MOTION in Limine *to Preclude Testimonial Statements* (Heath-DOJ, Candina) (Entered: 4/29/2010) |
| 4/29/2010 | 51 | Sentencing Scheduling Order as to Jesse William McGraw: Presentence Investigation Report due by 6/25/2010. Objections to Presentence Investigation Report due by 7/21/2010. Presentence Investigation Addendum due by 7/28/2010. Objections to Presentence Investigation Addendum due by 8/4/2010. Sentencing set for 9/16/2010 01:30 PM before Judge Jane J Boyle. (See Order) (Ordered by Judge Jane J Boyle on 4/29/2010) (dnc) (Entered: 5/17/2010) |
| 5/13/2010 | 50 | MOTION for Hearing *(Re-Arraignment) and Continuance of Pretrial Materials Deadline* filed by Jesse William McGraw (Nicholson, John). Added MOTION to Continue on 5/14/2010 (skt). (Entered: 5/13/2010) |
| 5/14/2010 | | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Rearraignment Hearing as to Jesse William McGraw held on 5/14/2010. Plea entered by Jesse William McGraw (1) Guilty Count 1,2. Attorney Appearances: AUSA - Candy Heath; Defense - John M. Nicholson. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - :16. (rrr) (Entered: 5/14/2010) |
| 5/17/2010 | | ***Clerk's Notice of Mailing: (see NEF) Docket No:51. Mon May 17 12:18:30 CDT 2010 (crt) (Entered: 5/17/2010) |
| 5/28/2010 | 52 | Mail Returned as Undeliverable. [51] Scheduling Order - Sentencing, received back from Jesse William McGraw as Return to send, attempted not known unable to forward. (svc) (Entered: 6/1/2010) |
| 6/24/2010 | 53 | MOTION to Continue *Sentencing Deadlines* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 6/24/2010) |
| 6/24/2010 | 54 | ORDER re [53] Motion to Continue as to Jesse William McGraw (1). Sentencing will remain set for 9/16/2010 01:30 PM before Judge Jane J Boyle. Presentence Investigation Report due by 7/9/2010. Objections to Presentence Investigation Report due by 8/4/2010. Presentence Investigation Addendum due by 8/11/2010. Objections to Presentence Investigation Addendum due by 8/18/2010. (see order) (Ordered by Judge Jane J Boyle on 6/24/2010) (axm) (Entered: 6/24/2010) |
| | | |

| 8/4/2010 | 56 | MOTION to Continue *Deadline to Object to the Presentence Report* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 8/4/2010) |
|---|---|---|
| 8/4/2010 | 57 | Unopposed MOTION to Withdraw as Attorney by John Nicholson filed by Jesse William McGraw (Nicholson, John) (Entered: 8/4/2010) |
| 8/4/2010 | 58 | Unopposed MOTION for Extension of Time *for filing Presentence Investigation Report Objections* filed by Jesse William McGraw (Nicholson, John) (Entered: 8/4/2010) |
| 8/6/2010 | 59 | ORDER REFERRING MOTION as to Jesse William McGraw re: [57] Motion to Withdraw as Attorney filed by Jesse William McGraw. (Ordered by Judge Jane J Boyle on 8/6/2010) (jrb) (Entered: 8/6/2010) |
| 8/6/2010 | 60 | ORDER granting [56] Motion to Continue Sentencing Deadline as to Jesse William McGraw (1). Sentencing set for 9/16/2010 01:30 PM before Judge Jane J Boyle. Presentence Investigation Addendum due by 8/23/2010. Objections to Presentence Investigation Report due by 8/16/2010. Objections to Presentence Investigation Addendum due by 8/31/2010. (See Order) (Ordered by Judge Jane J Boyle on 8/6/2010) (skt) (Entered: 8/6/2010) |
| 8/6/2010 | 61 | ORDER GRANTING DEFENSE COUNSEL'S [58] MOTION TO CONTINUE THE DEADLINE FOR PRESENTENCE INVESTIGATION REPORT OBJECTIONS as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 8/6/2010) (skt) (Entered: 8/6/2010) |
| 8/6/2010 | 62 | ORDER granting [57] Motion to Withdraw as Attorney. John M Nicholson withdrawn from case as to Jesse William McGraw (1). (see order) (Ordered by Magistrate Judge Irma C Ramirez on 8/6/2010) (mpw) (Entered: 8/9/2010) |
| 8/6/2010 | 63 | CJA 20: Appointment of Attorney Todd A Durden for Jesse William McGraw. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown. Appointed counsel should use the Attorney Timekeeping System immediately and throughout representation. For questions, consult the CJA Attorney Information page or use the directory to contact the appointing judge's courtroom deputy. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Irma C Ramirez on 8/6/2010) (mcr) (Entered: 8/9/2010) |
| 8/11/2010 | 65, 65 | Unopposed MOTION to Continue *Sentencing Dates and Deadlines* filed by Jesse William McGraw (Attachments: # (1) Proposed Order) (Durden, Todd) (Entered: 8/11/2010) |
| 11/22/2010 | 68 | ORDER SETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing set for 12/15/2010 02:00 PM before Judge Jane J Boyle. (Ordered by Judge Jane J Boyle on 11/22/2010) (dnc) (Entered: 11/22/2010) |

| | | |
|---|---|---|
| 11/22/2010 | 69 | AMENDED ORDER SETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing set for 12/15/2010 02:00 PM before Judge Jane J Boyle. (Ordered by Judge Jane J Boyle on 11/22/2010) (dnc) (Entered: 11/22/2010) |
| 12/7/2010 | 70 | ORDER RESETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing reset for 12/16/2010 01:30 PM before Judge Jane J Boyle. (See Order) (Ordered by Judge Jane J Boyle on 12/7/2010) (mfw) (Entered: 12/7/2010) |
| 12/16/2010 | | ELECTRONIC Minute Entry for proceedings held before Judge Jane J Boyle: Competency Hearing as to Jesse William McGraw held on 12/16/2010. Attorney Appearances: AUSA - Candina Heath; Defense - Todd Durden. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - :15. (chmb) (Entered: 12/16/2010) |
| 12/17/2010 | 72 | Amended Sentencing Scheduling Order as to Jesse William McGraw: Presentence Investigation Report due by 1/21/2011. Objections to Presentence Investigation Report due by 2/4/2011. Presentence Investigation Addendum due by 2/11/2011. Objections to Presentence Investigation Addendum due by 2/18/2011. Sentencing set for 3/17/2011 01:30 PM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 12/17/2010) (axm) (Entered: 12/17/2010) |
| 12/20/2010 | 73 | ORDER ON THE DEFENDANT'S COMPETENCY TO STAND TRIAL as to Jesse William McGraw. (see order) (Ordered by Judge Jane J Boyle on 12/20/2010) (axm) (Entered: 12/20/2010) |
| 2/4/2011 | 75 75 | MOTION for Extension of Time *Objections to Presentence Report* filed by Jesse William McGraw (Attachments: # (1) Proposed Order proposed order) (Durden, Todd) (Entered: 2/4/2011) |
| 2/5/2011 | 76 | ELECTRONIC ORDER granting in part and denying in part [75] Motion for Extension of Time as to Jesse William McGraw (1) (Ordered by Judge Jane J Boyle on 2/5/2011) (Judge Jane J Boyle) (Entered: 2/5/2011) |
| 3/17/2011 | 85 | Minute Entry for proceedings held before Judge Jane J Boyle: Sentencing held on 3/17/2010 for Jesse William McGraw (1), Count(s) 1, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the termsare to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $200 to the U.S. District Court, Northern District of Texas, Dallas Division.; Count(s) 2, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release fora term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $200 to the U.S. |

| | | |
|---|---|---|
| | | District Court, Northern District of Texas, Dallas Division.. Attorney Appearances: AUSA - Candina S. Heath; Defense - Todd A. Durden. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - 2:45. (chmb) (Entered: 3/18/2011) |
| 3/21/2011 | 86 | NOTICE OF APPEAL to the Fifth Circuit by Jesse William McGraw. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent USMail to parties not electronically noticed. (Durden, Todd) (Entered: 3/21/2011) |
| 3/22/2011 | 87 87 | JUDGMENT as to Jesse William McGraw (1): Count(s) 1, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 to the U.S. District Court, Northern District of Texas, Dallas Division.; Count(s) 2, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 to the U.S. District Court, Northern District of Texas, Dallas Division.; Count(s) 2s, 3s-14s, Dismissed on Government's motion (Ordered by Judge Jane J Boyle on 3/21/2011) (Attachments: # (1) Restitution Sheet) (twd) (Entered: 3/22/2011) |