## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 25, 2011

Mr. Todd Alan Durden
Durden Law Firm
5750 Rufe Snow Drive
Suite 130
North Richland Hills, TX 76180

      No. 11-10302,  USA v. Jesse McGraw
         USDC No. 3:09-CR-210-1

We have docketed the appeal and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure.  We cannot accept motions submitted under the Federal Rules of **Civil** Procedure.  We can address only those documents the court directs you to file, or proper motions filed in support of the appeal.  See FED. R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

You must first complete the transcript order form the district court clerk provided you.  When completed, this meets your obligation to order the necessary portion(s) of the court reporter's transcript, see FED. R. APP. P. 10(b).  Second, you must make financial arrangements with the court reporter to pay for the transcript.  If you are pro se and unable to afford payment, you must file a motion with the district court requesting a transcript at government expense, and notify this court of the filing.  We will then coordinate with the court reporter for a time to file the transcript.  The court reporter should contact you directly if an extension of time is granted to file the transcript. If you do not order or make arrangements to pay for the transcript within 15 days, we will dismiss your appeal without further notice, unless the case is a criminal appeal and you are proceeding In Forma Pauperis, see 5TH CIR. R. 42.3.

We will provide you information about the briefing schedule of this appeal at a later date.  If a transcript is unnecessary, notify us and we will start the briefing schedule.  5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number.  If you wish to receive exhibits, you must specifically request them.  The district court will charge your account for shipping you the record on appeal.  In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you.  CJA counsel may add these shipping fees to their vouchers.

All counsel who desire to appear in this case must sign and return a "Form for Appearance of Counsel" naming each party you represent, within 14 days from this date, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12.  You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov.  If you fail to send in the form, we will remove your name from our docket in this case. We cannot release official records on appeal unless you have entered an appearance.  Pro se parties do not need to file an appearance form.

<u>Briefs in Anders Cases.</u>   If you are planning on filing an Anders motion and supporting brief, please refer to the following checklists on the Fifth Circuit's Website: "www.ca5.uscourts.gov/clerk/AndersChecklist.pdf".

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Rhonda F. Parker, Deputy Clerk
        504-310-7703

cc:   Ms. Candina S Heath

*Docketing Notice with Transcript - DKT2*