# No. 11-10302

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee.

v.

JESSE WILLIAM McGRAW,
Defendant-Appellant.

On Appeal from the United States District Court, Northern District of Texas,
Dallas Division
Trial Court No. 3:10-CR-210-B
Honorable Jane Boyle, United States District Judge Presiding

## MOTION FOR SUBSTITUTION OF COUNSEL

Todd A. Durden
State Bar of Texas No. 06276680
THE DURDEN LAW FIRM
131 E. Vine St.
Keller, Texas 76248
(817) 431–0099    fax (817) 431–0096
e-mail: durdenlawyer@att.net
*Attorney for Defendant*
*Jesse William McGraw*

I.

Todd A. Durden, appointed by the United States District Court for the Northern District of Texas to represent Defendant, Jesse William McGraw, respectfully moves the Court to substitute counsel and would show unto this Court as follows:

On August 6, 2010, the trial court appointed the undersigned counsel to represent Mr. McGraw. (doc # 63). Jesse William McGraw was sentenced on March 17, 2011. On March 21, 2011, at the request of the defendant, counsel timely filed notice of appeal with the trial court. (doc # 86). Counsel has also timely filed transcript order forms for the preliminary examination and detention hearing, the arraignment, the hearing conducted on March 25, 2010, the re-arraignment, the hearing conducted on December 16, 2010, and the sentencing hearing. The record on appeal has not been completed.

II.

On May 27, 2011, the undersigned filed a *Motion to Withdraw as Counsel* in the trial court. The trial court granted the *Motion to Withdraw as Counsel* filed by the undersigned on May 31, 2011, and appointed Kimberly S. Keller, 234 W. Bandera Road, #120, Boerne, Texas, to represent Jesse William McGraw. A true and correct copy of the trial court's order granting the withdrawal of Todd A. Durden and appointing Kimberly S. Keller is attached hereto as Exhibit A, and is incorporated herein by reference.

WHEREFORE, PREMISES CONSIDERED, Todd A. Durden prays this Court grant this motion and substitute Kimberly S. Keller as attorney of record for Defendant Jesse William McGraw in place of Todd A. Durden.

Respectfully submitted,

Todd A. Durden
State Bar of Texas No. 06276680
THE DURDEN LAW FIRM
131 E. Vine St.
Keller, Texas  76248
(817) 431–0099     fax (817) 431–0096
e-mail: durdenlawyer@att.net
*Attorney for Defendant*
*Jesse William McGraw*

**CERTIFICATE OF SERVICE**

I certify that today, June 8, 2011, I electronically filed this *Motion for Substitution of Counsel* with the Clerk of the Court using the CM/ECF System, and thereby served it upon the attorney for the government.

/s/ Todd A. Durden
Todd A. Durden

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § § | CRIMINAL ACTION NO. |
| v. | § § | 3:09-CR-210-B(01) |
| JESSE WILLIAM MCGRAW, | § § | ECF |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Defendant's Motion To Withdraw As Counsel (doc. 101)filed on May 27, 2011. After review of the motion, the Court finds the motions should be **GRANTED**. Mr. Todd Durden is withdrawn from further representation of Jesse William McGraw.

THEREFORE IT IS ORDERED that Kimberly S. Keller, The Keller Law Firm, 234 W. Bandera Road, #120, Boerne, TX 78006, be appointed to represent the defendant, Jesse William McGraw.

SO ORDERED.

SIGNED on the 31st day of May, 2011

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

EXHIBIT A Page 1 of 1