# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 08, 2011

Ms. Kimberly S. Keller
Keller Law Firm
234 W. Bandera Road
Suite 120
Boerne, TX 78006

    No. 11-10302,  USA v. Jesse McGraw
        USDC No. 3:09-CR-210-1

We have received the District Court order appointing you as counsel under the Criminal Justice Act. We will send you a compensation and expenses voucher separately. You must return it when the appeal concludes. You can obtain a copy of our Plan Under the Criminal Justice Act, listing the duties and responsibilities of court-appointed counsel from the Fifth Circuit's Website "www.ce5.uscourts.gov/cja/cjaDocs/cja.pdf".

Please advise within 15 days from the date of this letter if additional transcripts are unnecssary. You may obtain a copy of the transcript order form from the District Court's website.

We have removed Todd Alan Durden from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Mary C. Stewart, Deputy Clerk
                504-310-7694

cc w/encl:
    Mr. Todd Alan Durden
    Ms. Nancy E. Larson