# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 14, 2011

Ms. Kimberly S. Keller
Keller Stolarczyk P.L.L.C.
234 W. Bandera Road
Suite 120
Boerne, TX 78006-0000

    No. 11-10302,  USA v. Jesse McGraw
    USDC No. 3:09-CR-210-1

The following pertains to your record excerpts electronically filed on 10/13/11.

You must submit the four paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.


                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      /s/ Melissa Mattingly
                By:_____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

cc:   Ms. Nancy E. Larson