# 11-10302

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JESSE WILLIAM MCGRAW
Defendant-Appellant.

UNOPPOSED MOTION FOR LEAVE
TO FILE MOTION FOR EXTENSION UNDER SEAL

For the reasons stated in the accompanying government's unopposed motion for extension of time, the United States moves the Court to seal the motion.

    Respectfully submitted,
    SARAH R. SALDAÑA
    United States Attorney

    /s/ J. Nicholas Bunch
    J. NICHOLAS BUNCH
    Assistant United States Attorney
    Texas State Bar No. 24050352
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone:  214.659.8836
    Facsimile:  214.659.8800
    nick.bunch@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the office of Kimberly Keller, counsel for Jesse McGraw, and he is not opposed to this motion.

    /s/ J. Nicholas Bunch
J. NICHOLAS BUNCH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this document was filed using the Court's ECF system on November 30, 2011, and that counsel for Jesse McGraw will be served via ECF system. Furthermore, 1) required privacy redactions have been made; 2) the electronic submission is an exact copy of the paper document; and 3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

    /s/ J. Nicholas Bunch
J. NICHOLAS BUNCH
Assistant United States Attorney