# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 11-10302
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

O R D E R:

    IT IS ORDERED that the appellee's unopposed motion to place motion for an extension of time to file appellee's brief under seal is GRANTED.

    IT IS FURTHER ORDERED that the appellee's motion for an extension of time to file appellee's brief to and including February 13, 2012, is GRANTED.

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE