# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 12, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-10302    USA v. Jesse McGraw
              USDC No. 3:09-CR-210-1

The court has granted the appellee's unopposed motion to place motion for an extension of time to file appellee's brief under seal.

The court has granted an unopposed extension of time to and including February 13, 2012 for filing appellee's brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Mary Stewart*
        By: _____
                Mary C. Stewart, Deputy Clerk
                504-310-7694

Mr. James Nicholas Bunch
Ms. Kimberly S. Keller