No. 11-10302

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JESSE WILLIAM MCGRAW,
Defendant-Appellant.

DEFENDANT-APPELLANT'S <u>UNOPPOSED</u> MOTION TO
VOLUNTARILY DISMISS APPEAL

TO THE HONORABLE COURT:

The undersigned was appointed by the United States District Court for the Northern District of Texas to represent Defendant-Appellant Jesse William McGraw in this appeal. McGraw filed a brief on the merits with this Court on October 13, 2011. However, McGraw now wishes to dismiss his appeal and forego his challenges on appeal.

McGraw has verbally communicated his desire to

1

withdraw his appeal on several occasions, including today, February 6, 2012. He has further provided a signed statement communicating his intent, which is attached to this Motion. Accordingly, Defendant-Appellant respectfully requests this Court dismiss his appeal.

Respectfully Submitted,

Kimberly S. Keller
Keller Stolarczyk PLLC
234 West Bandera Rd #120
Boerne, Texas  78006
Tele: 830.981.5000
Facs: 888.293.8580

## CERTIFICATE OF SERVICE & CONFERENCE

I, Kimberly S. Keller, certify that on February 6, 2012, I conferred with opposing counsel, Assistant United States Attorney Candina Heath, and was informed the Government is unopposed to this Motion. On this same date, a copy of this Motion was served on opposing counsel (via this Court's e-filing system), and on Defendant-Appellant via first class mail at the following address: Jesse William McGraw, No. 38690-177, FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159.

Kimberly S. Keller

No. 11-10302

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JESSE WILLIAM MCGRAW,
Defendant-Appellant.

---

DEFENDANT'S ACKNOWLEDGMENT OF APPELLATE
COUNSEL'S MOTION FOR DISMISSAL AND CONSENT
TO THE DISMISSAL OF THE APPEAL

---

TO THE HONORABLE COURT:

I, Jesse William McGraw, wish to voluntarily dismiss my appeal. I hereby waive all rights to object or raise any points on appeal and authorize my attorney to file a motion to dismiss my appeal.

*(signed)*
Jesse William McGraw
No. 38690-177
FCI Seagoville
P.O. Box 9000
Seagoville, TX  75159