# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 07, 2012

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

   No. 11-10302,  USA v. Jesse McGraw
        USDC No. 3:09-CR-210-1

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc w/encl:
   Mr. James Nicholas Bunch
   Ms. Kimberly S. Keller