No. 11-10302

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JESSE WILLIAM MCGRAW,
Defendant-Appellant.

APPELLATE COUNSEL'S
MOTION TO WITHDRAW

TO THE HONORABLE JUSTICES:

The undersigned was appointed by the United States District Court for the Northern District of Texas to represent Defendant-Appellant Jesse William McGraw in this appeal. On February 7, 2012, this Court granted McGraw's unopposed motion to voluntarily dismiss his appeal. Accordingly, the undersigned respectfully requests the entry of an Order granting her leave to withdraw as the Defendant-Appellant's

1

appointed counsel on appeal in the above-entitled cause.

                                Respectfully Submitted,

                                _____
                                Kimberly S. Keller,
                                Keller Stolarczyk, PLLC
                                234 W. Bandera Rd., #120
                                Boerne, Texas  78006
                                Tele: 830.981.5000
                                Facs: 888.293.8580

## CERTIFICATE OF SERVICE

I, Kimberly S. Keller, certify that today, February 21, 2012, a copy of Appointed Appellate Counsel's Motion to Withdraw was served, via this Court's e-filing system, on opposing counsel. I also certify that a hard copy of this Motion was mailed to the Defendant-Appellant at the following address: Jesse William McGraw, No. 38690-177, FCI Seagoville, P.O. Box 9000, Seagoville, TX 75159.

Kimberly S. Keller