# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 28, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-10302   USA v. Jesse McGraw
    USDC No. 3:09-CR-210-1

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  /s/ Melissa Mattingly
        By:_____
                  Melissa V. Mattingly, Deputy Clerk
                  504-310-7719

Mr. James Nicholas Bunch
Ms. Kimberly S. Keller
Mr. Jesse William McGraw