IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 11-10302
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

O R D E R:

    IT IS ORDERED that the motion to withdraw as court-appointed counsel is GRANTED.

 

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE